Sam Mehaffey
2441 South 1st street
Abilene, Tx. 79605

November 20, 2014

RE: Trial Cause # 17-837-0
Appeal Cause # 11-11-00314-CR

Dear Mr. Mehaffey,

I received a copy of the Petition for Discretionary Review dated December 2, 2013. It's been almost one year since I received the copy of the (P.D.R) So I am writing you to get an update, So will you please inform me on the latest pertaining to my Petition for Discretionary Review (P.D.R). Thank You for Your Time and may you and your family have a Blessed Thanksgiving.

Sincerely,

Sonny De La Cruz # 1781055
3060 FM 3514 (Stiles Unit)
Beaumont, Tx. 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

February 17, 2015

Court of Criminal Appeals
P.O. Box 12308
Austin, Tx. 78711

Re: Appellate Case Number 11-11-00314-CR
Trial Court Case Number 17837-B
Sonny De La Cruz v. State

Dear Clerk,

I am writing to ask if you received my Petition for Discreationary Review, It was filed in this court on December 2, 2013.

As of this date I have not heard anything from this court or my attorney, Could you Please Send me a copy of my docket sheet.

Your time and consideration is greatly appreciated. Thank you

Sincerely,

Sonny De La Cruz
TDCJ No. 1754055
3060 FM 3514
Beaumont, Tx. 77705

CC:
S. De La Cruz/File

TOM WATSON
SAM·MEHAFFEY
CLAIRE MEHAFFEY



MEHAFFEY & WATSON

325-674-1900   PHONE
325-674-1901   FAX

**March 10, 2015**

Sonny Delacruz
3060 FM 3514 – Stiles Unit
Beaumont, Texas 77705

Re: Cause No. 17837B, Appeal No. 11-1100314-
CR, PD 1691-13

Mr. Delacruz,

Attached is a verification of the denial of your Petition for Discretionary Review to the Texas Court of Criminal Appeals. A refusal to hear the case has the same legal effect of upholding the Court of Appeal's decision. That is exactly what the Court of Criminal Appeals did in this matter, which, in my opinion terminates my involvement in your case, but does not terminate our attorney-client privilege.

Any further attempt at relief from your conviction or any further collateral attack or post-judgment attack of your conviction must be done without my legal services. You are free to precede pro se or to hire a lawyer. Please contact me if you have any further questions.

Best Wishes,

MEHAFFEY & WATSON

Sam Mehaffey

2441 SOUTH 1ST STREET       ABILENE, TEXAS 79605

**7/23/2014**
**DELACRUZ, SONNY**          Tr. Ct. No. 17837B

**COA No. 11-11-00314-CR**
**PD-1691-13**

On this day, the Appellant's petition for discretionary review has been refused.

Abel Acosta, Clerk

11TH COURT OF APPEALS  CLERK
SHERRY WILLIAMSON
P. O.  BOX 271
EASTLAND, TX  76448
* DELIVERED VIA E-MAIL *